SETH C. GAGLIARDI
x2246
9/25/17

FILED

2017 SEP 25  AM 9:39

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___TMN___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Enrique MAGANA-Montero,<br><br>Defendant. | Case No.: **'17MJ9030**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 23, 2017, within the Southern District of California, defendant, Carlos Enrique MAGANA-Montero, did knowingly and intentionally import 500 grams and more, to wit: approximately 17.92 kilograms (39.51 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Andre Parisella
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th, DAY OF SEPTEMBER 2017.

_____
HON PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Carlos Enrique MAGANA-Montero

## PROBABLE CAUSE STATEMENT

I, Homeland Security Investigations Special Agent (SA) Andre Parisella, declare under penalty of perjury, the following is true and correct:

On September 23, 2017, at approximately 1:15 PM, Carlos Enrique MAGANA-Montero (MAGANA), a Mexican citizen, entered the US at the Calexico, CA East Port of Entry (POE). MAGANA was the driver and owner of a blue 2011 Nissan Versa bearing Mexican Baja California license plate. MAGANA presented his B1/B2 Visa to primary inspecting Customs and Border Protection Officer (CBPO) Barnes. MAGANA gave CBPO Barnes a negative oral Custom's declaration. CBPO Barnes queried the vehicle crossing history and noticed he had only two crossings. During a cursory inspection of the vehicle, CBPO Barnes noticed it was clean and void of any personal items. CBPO Barnes referred the vehicle to secondary inspection.

The vehicle was scanned utilizing the Z-Portal X-ray System which revealed anomalies on all four doors. CBPO Barroso with his assigned Human/Narcotic Detector Dog (HNDD) conducted a canine sniff of the vehicle and the canine alerted to the doors of the vehicle. CBPO Barroso subsequently discovered a total of 8 packages concealed from within the doors of the vehicle. The packages were probed and contained a white crystalline substance which field tested positive for methamphetamine. The Total weight of the 8 packages was 17.92 kilograms (39.51 pounds).

3

MAGANA was advised of his rights per Miranda. MAGANA stated he understood his rights and was willing to answer questions without an attorney present. MAGANA denied any knowledge of the narcotics being present in his vehicle.

**Executed on September 23, 2017 at 10:00 PM**

_____
Special Agent Andre Parisella
Homeland Security Investigations

On the basis of the facts presented in the probable cause statement consisting of four (4) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 23, 2017, in violation of Title 21 United States Code, Sections 952 and 960.

_____
The Honorable Peter C Lewis
United States Magistrate Judge

10:39 PM, Sep 23, 2017
_____
Date/Time